No. 93–5229. CHIPPAS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5230. ALEXANDER *v.* BLACK, COMMISSIONER, MISSISSIPPI DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 93–5231. SOWDER *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 93–5232. BLANK *v.* PEERS ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–5233. DUSO *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–5234. BROWN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–5235. TRAVIS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–5236. RELFORD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–5237. DELZER *v.* UNITED BANK OF BISMARCK. C. A. 8th Cir. Certiorari denied.

No. 93–5239. CUNNINGHAM *v.* LEONARDO, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5240. WILLIAMS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–5241. CHATMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–5242. GRANT *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–5243. ESTRELLA, AKA ARCE *v.* CAMPBELL. C. A. 4th Cir. Certiorari denied.

No. 93–5244. GARCIA ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.